# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156022

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WALTER ANDREW WALAS,
      Defendant-Appellant.
_____/

SC: 156022
COA: 337436
Oakland CC: 2015-255954-FH;
2015-255955-FH

    By order of November 16, 2017, the prosecuting attorney was directed to answer the application for leave to appeal the May 9, 2017 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, it appearing to this Court that the case of *People v Ames* (Docket No. 156077) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2018

Clerk

d0516